# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | Case No. 1:20-cv-01736-NONE-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| ANA LINDA VELASQUEZ, et al., | FIVE DAY DEADLINE |
| Defendants. | |

G&G Closed Circuit Events, LLC ("Plaintiff") filed this action on December 9, 2020. On December 10, 2020, a scheduling order issued setting the mandatory scheduling conference for March 9, 2021. As of this date, Plaintiff has not filed proof of service of the summons and complaint. See ECF No. 4-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall file notice of the status of service on the defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**February 17, 2021**__

UNITED STATES MAGISTRATE JUDGE

1