# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANA LINDA VELASQUEZ, et al.,<br><br>Defendants. | Case No. 1:20-cv-01736-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MAY 18, 2021 |

G&G Closed Circuit Events, LLC ("Plaintiff") filed this action on December 9, 2020. On December 10, 2020, a scheduling order issued setting the mandatory scheduling conference for March 9, 2021. On February 18, 2021, an order issued requiring Plaintiff to file a notice of the status of service in this action within five days. (ECF No. 6.) On February 22, 2021, Plaintiff filed proofs of service and status report was filed on February 23, 2021. (ECF Nos. 7-10.) To allow for an answer or responsive pleading to be filed in this action, the scheduling conference set for March 9, 2021 is HEREBY CONTINUED to **May 18, 2021, at 10:00 a.m.** in Courtroom 9. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **February 23, 2021**

UNITED STATES MAGISTRATE JUDGE

1