UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>ANA LINDA VELASQUEZ, et al., <br><br>Defendants. | No. 1:20-cv-01736-NONE-SAB <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br>(Doc. Nos. 15, 17) |

On December 9, 2020, plaintiff G & G Closed Circuit Events, LLC, filed this action against defendants Ana Linda Velasquez, Erika Gabriela Velasquez, and Salvador Velasquez alleging violations of 47 U.S.C. § 605 and other laws stemming from an illegal broadcast of a boxing match. (Doc. No. 1.) No defendants filed a responsive pleading, a motion to dismiss, or otherwise appeared in this action. Default was entered by the Clerk of the Court on April 1, 2021. (Doc. No. 13.)

Plaintiff is a California company that holds exclusive nationwide distribution rights to certain sporting events, including the Daniel Jacobs v. Julio Cesar Chavez, Jr., Championship Fight Program ("the Program") on December 20, 2019. (Doc. No. 1 at ¶ 20.) Plaintiff entered into sublicensing agreements with various commercial entities which allowed the entities to publicly exhibit the Program in commercial establishments. (*Id.* at ¶ 21–22.) At all relevant times, including the date of the Program, defendants owned and/or were in control or

1

1  management of the commercial establishment doing business as Las Patronaz Bar in Madera,
2  California.  (*Id.* at ¶ 7.)  Plaintiff alleges that defendants intercepted, received, and published the
3  Program in Las Patronaz Bar without authority in violation of 47 U.S.C. § 605 and other laws.
4  (*Id.* at ¶ 13–31.)

5        On June 14, 2021, plaintiff filed a motion for default judgment against defendants which
6  was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
7  Rule 302.  (Doc. No. 15.)  On July 27, 2021, the magistrate judge filed findings and
8  recommendations recommending that plaintiff's motion for default judgment be granted in part,
9  with a reduction of the total amount of statutory damages sought.  (Doc. No. 17.)  The findings
10 and recommendations were served on all parties and contained notice that any objections to the
11 findings and recommendations were to be filed within fourteen (14) days from the date of service.
12 (Doc. Nos. 17, 18.)  The period for filing objections has passed and no objections have been filed.

13       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
14 *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings
15 and recommendations to be supported by the record and by proper analysis.

16       Accordingly,

17. 1. The findings and recommendations issued on July 27, 2021 (Doc. No. 17) are
18.    adopted;
19. 2. Plaintiff's motion for default judgment, filed June 14, 2021 (Doc. No. 15) is granted
20.    in part as follows:
21.    a. Plaintiff's request for damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) is
22.       granted in part in the amount of $2,000.00;
23.    b. Plaintiff's request for damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) is
24.       granted in part in the amount of $2,400.00;
25.    c. Plaintiff's request for damages for the state tort claim of conversion is
26.       granted in the amount of $600.00;
27. 3. Judgment shall be entered in favor of plaintiff G & G Closed Circuit Events, LLC
28.    and against defendants Ana Linda Velasquez, Erika Gabriela Velasquez, and

Salvador Velasquez;

4. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and to enter judgment in favor of plaintiff and close this case; and

5. Plaintiff shall file any application for attorneys' fees pursuant to 47 U.S.C. § 605 no later than fourteen days from the entry of judgment.

IT IS SO ORDERED.

Dated: **October 15, 2021**

UNITED STATES DISTRICT JUDGE

3